048031/50096/SBB/JAO/PJC/AHM

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BUSCH MARINE, INC., a Michigan corporation,<br><br>and<br><br>GREGORY J. BUSCH, a Michigan Resident<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>CALUMET RIVER FLEETING, INC., a Wisconsin corporation,<br><br>    Defendant/Counter-Plaintiff,<br><br>and<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>    Defendant. | Case No. 1:20-cv-11427-LVP-PTM<br><br>Honorable Linda V. Parker<br>Magistrate Judge Patricia T. Morris |

## INDEX OF EXHIBITS

Exhibit A:    Busch's Response to Calumet's Interrogatories, which includes the individual Interrogatories

Exhibit B:    Busch's Response to Calumet's Request to Produce, which includes the individual Requests to Produce

Exhibit C:    April 28, 2021 correspondence from Calumet's counsel to Busch's counsel

Exhibit D:    May 18, 2021 E-Mail from Calumet's counsel to Busch's counsel

Exhibit E:    June 2, 2021 E-mail from Calumet's counsel to Busch's counsel